# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STARACE, | Case No. 1:19-cv-00202-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| ABSOLUTE BONDING CORPORATION, | (ECF No. 7) |
| Defendant. | SIXTY DAY DEADLINE |

On April 29, 2019, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving Plaintiff's individual claims.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 30, 2019**__

UNITED STATES MAGISTRATE JUDGE

1