# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STARACE,<br><br>      Plaintiff,<br><br>  v.<br><br>ABSOLUTE BONDING CORPORATION,<br><br>      Defendant. | Case No.  1:19-cv-00202-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 9) |

On June 27, 2019, the parties filed a stipulation dismissing this action with prejudice as to Plaintiff's individual action, but without prejudice as to any class action claims asserted in the action, and with each party to bear their own costs and fees.  (ECF No. 9.)  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff's individual action, but without prejudice as to any class action claims asserted in the action, and without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   __June 27, 2019__

_____
UNITED STATES MAGISTRATE JUDGE